**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 06, 2014
Docket #: 13-4478cv
Short Title: Glatt v. Fox Searchlight Pictures Inc.

DC Docket #: 11-cv-6784
DC Court: SDNY (NEW YORK CITY)
DC Judge: Pauley

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for stay pending appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, February 18, 2014.

Inquiries regarding this case may be directed to 212-857-8595.