

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

Neal Kumar Katyal
Partner
D +1 202 637 5528
Neal.Katyal@hoganlovells.com

October 6, 2014

**By Electronic Filing**

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: **Glatt v. Fox Searchlight Pictures, Inc.
Nos. 13-4478 (L), 13-4481 (CON)
Additional Dates of Unavailability for Oral Argument**

Dear Ms. Wolfe:

I am arguing counsel in this case, and am writing to supplement my dates of unavailability for oral argument in the above-captioned case. The Oral Argument Statement that I filed on July 17, 2014 included my dates of unavailability 6 to 20 weeks from the due date for the Statement as required by Local Rule 34.1(a). I now have additional dates of unavailability beyond that time period that I wanted to bring to the Court's attention since oral argument has not yet been set in this case.

In addition to those dates previously stated, I am unavailable for oral argument: on December 1-4 and 15-17 of 2014, as well as January 5-22 and February 16-20 of 2015.

I appreciate your kind assistance with this matter.

Respectfully submitted,

 /s/ Neal Kumar Katyal

*Counsel for Appellants*

cc: All Counsel of Record (by ECF notice)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: : Alicante Amsterdam Baltimore Beijing Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Monterrey Moscow Munich New York Northern Virginia Paris Philadelphia Rio de Janeiro Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com