**U.S. Department of Labor**  Office of the Solicitor
Washington, D.C. 20210



February 18, 2015

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Centre Street
New York, NY 10007

Re:  *Eric Glatt et al. v. Fox Searchlight Pictures Inc.*, 13-4478 & 13-4481
 *Xuedan Wang et al. v. The Hearst Corporation*, 13-4480

Dear Ms. O'Hagan Wolfe:

I am writing to request a copy of the CD recording of the oral argument held in both of the above-captioned cases on January 30, 2015 before the panel of Walker, Jacobs, Wesley, C.JJ. Thank you.

/s/ Maria Van Buren
Maria Van Buren
Senior Attorney