# MICHAEL J. AGUSTA, ESQ., P.C.

Attorney at Law

1012 Maple Drive
Franklin Square, New York 11010
Tel. No. (516) 355-2070
Fax. No. (516) 355-2074
email: mja@mjagusta.com

March 30, 2015

Clerk's Office Calendar Team
United States Court of Appeals
For the Second Circuit
Thurgood Marshall US Courthouse
40 Foley Square, Room 150
New York, New York 10007

Re: Matters: Glatt v Fox Searchlight Pictures Inc. & Wang v The Hearst Corp.
Docket #'s: 13-4478 & 13-4480

Dear Sirs:

Enclosed is my check #2225 in the amount of $30.00 for the purchase of the audio disc for the oral argument in the above referenced appeals. The oral argument was held on January 30, 2015 at 10:00 AM in Courtroom 1701 before Judge Jacobs, Judge Walker & Judge Wesley.

Please return the audio disc to me at the addressed indicated above in the self-addressed postage-prepaid envelope provided for your convenience.

Professionally,

Michael J. Agusta, Esq.