13-4478-cv
Glatt v. Fox Searchlight Pictures, Inc.

RECEIVED
2016 JAN 28 AM 10: 23
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

August Term 2014

(Argued: January 30, 2015    Decided: July 2, 2015    Amended: January 25, 2016)

Docket No. 13-4478-cv

ERIC GLATT, ET AL.,

Plaintiffs-Appellees

v.

FOX SEARCHLIGHT PICTURES, INC, ET AL.,

Defendants-Appellants.

## ERRATA

| PAGE(S) | LINE | DELETE | INSERT |
|---|---|---|---|
| 23 | 9 | Space after "pre-discovery standard." and before superscript "6." | |
| 23 | 11 | factor | factors |

Copies have been sent by chambers to:

X Panel Members
X West Publishing Co.
X Clerk of Court

So Ordered:

JHW by KVM                    01/28/16
John M. Walker, Jr., Circuit Judge        Date